**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7612**

DAVID ALVIN HERRING, SR.,

Plaintiff - Appellant,

versus

YADKINVILLE DEPARTMENT OF CORRECTION; JERRY
HAWKS, Correctional Officer; PAUL BUTCHER,
Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Jr., Chief District Judge. (CA-94-406)

Submitted: April 15, 1996          Decided: April 23, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Alvin Herring, Sr., Appellant Pro Se. Jane Ray Garvey, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying re-lief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Herring v. Yad-kinville Dep't of Corr.</u>, No. CA-94-406 (M.D.N.C. Sept. 18, 1995). We dispense with oral argument because the facts and legal conten-tions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>